31 A.3d 284

Roy ROBINSON, Petitioner

v.

WARDEN OF SCI, GRATERFORD, DEPARTMENT
OF CORRECTIONS, Respondent.

No. 46 EM 2011.

Supreme Court of Pennsylvania.

Oct. 3, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

31 A.3d 285

**ESTATE OF Regina KIRKLAND, an Incapacitated Person.**

**Petition of Tiffany McCall.**

No. 30 EM 2011.

Supreme Court of Pennsylvania.

Oct. 4, 2011.

## *ORDER*

**AND NOW,** this 4th day of October, 2011, the Petition for Review is **DENIED.**